UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L. CASEY, II, | No. 2:22-cv-2240 CKD P |
| Plaintiff, | |
| v. | ORDER |
| PATICK COVELLO, et al., | |
| Defendants. | |

On April 7, 2023, the court recommended to the district judge assigned to this case that all claims and defendants other than a claim based upon retaliation for protected conduct in violation of the First Amendment against defendant Justinich be dismissed. Plaintiff was granted fourteen days within which to file objections to the court's recommendation and plaintiff did not file objections. On June 8, 2023, and pursuant to the consent of both parties, this action was reassigned to the undersigned for all proceedings. Before reassignment, the district court judge now previously assigned to this case did not rule on the court's April 7, 2023, findings and recommendations.

/////
/////
/////
/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued April 7, 2023, are withdrawn; and

2. All claims and defendants other than a claim based upon retaliation for protected conduct in violation of the First Amendment against defendant Justinich are dismissed.

Dated: June 12, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
case2240.vfrs