Rob Bonta, State Bar No. 202668
Attorney General of California
Chad A. Stegeman, State Bar No. 225745
Supervising Deputy Attorney General
C. Hay-Mie Cho, State Bar No. 282259
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone:  (415) 510-4433
 Facsimile:  (415) 703-5843
 E-mail: HayMie.Cho@doj.ca.gov
*Attorneys for Defendant T. Justinich*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SEAN L. CASEY, II**,<br><br>Plaintiff,<br><br>v.<br><br>**P. COVELLO, et al.**,<br><br>Defendants. | Case No. 2:22-cv-02240-CKD (PC)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii)); ORDER** |

1

Stip. Voluntary Dismissal; [Proposed] Order (2:22-cv-02240-CKD (PC))

Plaintiff Sean L. Casey, II, and Defendant T. Justinich have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

IT IS SO STIPULATED.

Dated:    October 27, 2023        /s/ Sean L. Casey, II
                                  Sean L. Casey, II
                                  Pro Se Plaintiff

Dated:    October 27, 2023        /s/ C. Hay-Mie Cho
                                  C. Hay-Mie Cho
                                  Deputy Attorney General
                                  California Attorney General's Office
                                  *Attorney for Defendant T. Justinich*

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED:

Plaintiff's complaint is dismissed in its entirety with prejudice.  Each side shall bear its own attorneys' fees and costs.

Dated:  October 30, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2

Stip. Voluntary Dismissal; [Proposed] Order (2:22-cv-02240-CKD (PC))